UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vv.                                                    Case No.   8:03-cr-164-T-23MAP
                                                                  8:04-cv-2073-T-23MAP
PEDRO ANTONIO SIJUENTES
_____/

UNITED STATES OF AMERICA

v.                                                     Case No.   8:03-cr-164-T-23MAP
                                                                  8:04-cv-2105-T-23MAP
JULIO HENRIQUE
_____/

UNITED STATES OF AMERICA

v.                                                     Case No.   8:03-cr-164-T-23MAP
                                                                  8:04-cv-2125-T-23MAP
GABRIEL HINOJOSA,
_____/

## O R D E R

Sijuentes, Henrique, and Hinojosa each move to vacate their sentence pursuant to 28 U.S.C. § 2255 (Doc. 1).  The court referred the matter to Magistrate Judge Mark A. Pizzo, who conducted a joint hearing and issued his unified report and recommendation (Doc. 12 in 04-cv-2073, Doc. 12 in 04-cv-2105, and Doc. 16 in 04-cv-2125).  The court independently examined the file and reviewed Magistrate Judge Pizzo's Report and Recommendation and the defendants' objections.  Upon consideration, the objections are overruled and the report and recommendation is adopted, confirmed, and incorporated by reference into this order.

Accordingly, the court adopts the report and recommendation.  Sijuentes's, Henrique's, and Hinojosa's motions to vacate sentence are **DENIED**.  The clerk shall enter a judgment against each defendant and close the civil files.

ORDERED in Tampa, Florida, on January 28, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE